IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:05-CR-132-1H

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| | ) | |
| GALACIO CISNEROS-ALCANTAR | ) | |

This matter is before the court on defendant's motion for return of seized property. The court has reviewed the matter and understands that the property at issue was not seized by nor is in the custody of an agency of the United States.

Therefore, the court DENIES the motion.

This 30th day of January 2013.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26