IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:05-CR-132-1H

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>)<br>) |
| v. | )<br>)<br>) |
| GALACIO CISNEROS-ALCANTAR | ) **ORDER**<br>) |
| Defendant. | )<br>) |

This matter is before the court on defendant's motion to reduce his sentence. Finding no legal basis for granting such a reduction, defendant's motion [DE #39] is DENIED.

This 3rd day of April 2013.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26